IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| RANDALL ROUSH and JENNIFER ROUSH, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No. 2:14-cv-04095-NKL |
| v. | |
| GENERAL MOTORS LLC, | |
| Defendant. | |

## ORDER

Following consideration of the Parties' Joint Motion for Stay of Proceedings Pending Rulings by the Judicial Panel on Multidistrict Litigation, [Doc. 6], it is HEREBY ORDERED THAT:

1. The proceedings in this case are stayed pending a final determination by the Judicial Panel on Multidistrict Litigation regarding whether this action, and other related actions, should be consolidated pursuant to 28 U.S.C. § 1407 and, if so, in which forum;

2. Should further proceedings be necessary in this case, Defendant General Motors LLC shall have thirty days from the date of the Judicial Panel on Multidistrict Litigation's order to answer or otherwise respond to Plaintiffs' Complaint.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: April 29, 2014
Jefferson City, Missouri